TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*William Christman*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Christman,<br><br>   Plaintiff,<br><br> vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation.<br><br>   Defendant. | Case No.:  CV-15-01989-PHX-JJT<br><br><br>**NOTICE OF SETTLEMENT** |

  NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax

Information Services, LLC, in the above-captioned case have reached a settlement.

1

The parties anticipate filing a Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED  this 29th day of December, 2015.

KENT LAW OFFICES

By:   /s/   Trinette G. Kent
Trinette G. Kent
Attorney for Plaintiff,
William Christman

2